THOMAS HUNTER *v.* CHASE BRASS AND COPPER COMPANY, INC., ET AL.

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 9—decided November 4, 1970

*James P. Caulfield,* with whom, on the brief, was *Andrew D. Dawson,* for the appellant (plaintiff).

*William J. Secor, Jr.,* for the appellee (named defendant).

PER CURIAM. There is nothing in the record to support the claim of the plaintiff that the trial court erred in its conclusion that there was no abuse of discretion on the part of the commissioner in refusing to open and modify the finding and award which had been entered by stipulation of the parties. *Meadow v. Winchester Repeating Arms Co.,* 134 Conn. 269, 57 A.2d 138.

There is no error.